UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO: |
| VERSUS | * | JUDGE |
| MARK WARREN | * | MAGISTRATE JUDGE |

## C O M P L A I N T

The complaint of the United States of America, appearing herein through counsel, respectfully, represents that:

1.

This Court has jurisdiction under the provisions of 28 U.S.C. §1345 in that this is an action of a civil nature on behalf of the United States of America.

2.

The defendant is a resident of Youngsville, Louisiana, within the jurisdiction of this court.

3.

The defendant is indebted unto the United States of America in the amount of $18,806.40, as more fully shown on the Certificate of Indebtedness attached hereto.

4.

The above amount is due and unpaid despite amicable demand.

WHEREFORE, plaintiff, United States of America, prays for judgment against the defendant in the amount of $18,806.40, any penalty and/or administrative charges, plus interest thereafter at the legal rate until paid in full, compounded annually pursuant to the provisions of 28 U.S.C. §1961(b), as amended, together with all costs of this proceeding, including $400.00 filing fees allowed pursuant to 28 U.S.C. §2412 (a) (2).

        UNITED STATES OF AMERICA

        STEPHANIE A. FINLEY
        UNITED STATES ATTORNEY


        By:/s/*Monique W. Hudson*
        Monique W. Hudson – Ga. #127808
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, LA 71101
        (318) 676-3600